377 A.2d 986

Commonwealth v. Kauffman, Appellant.

Argued June 20, 1977. Edward F. Browne, Jr., Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.